IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| REGINA ARCHER and JAIME ARCHER, <br><br> *Plaintiff*, <br><br> v. <br><br> DENNIS SMITH and DELTA LIFE INSURANCE COMPANY, <br><br> *Defendants*. | CIVIL ACTION NO. <br> **3:25-cv-00025-TES** |

## ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT

Plaintiffs Regina Archer ("Regina") and Jaime Archer brought this action against

Defendants Dennis Smith and Delta Life Insurance Company ("Delta Life") for, among

other things, Delta Life's alleged failure to compensate Regina for "both her regular rate

of pay as well as overtime earned" when she consistently worked through lunch in

violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq*. [Doc. 1, p. 3];

*see also* 29 U.S.C. § 216(b). Regina and Delta Life have jointly moved the Court to

approve their Settlement Agreement and FLSA Release. [Doc. 23].

In the Eleventh Circuit, FLSA actions may not be settled privately; instead, the

Department of Labor must supervise the payment of back wages, or a court must enter

a stipulated judgment after it has determined that the proposed settlement is "a fair and

reasonable [resolution] of a bona fide dispute over FLSA provisions." *Lynn's Food Stores*,

*Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982). Additionally, a court must review the reasonableness of attorneys' fees to ensure that counsel is adequately compensated and that no conflict of interest affects the amount the plaintiff-employee recovers under the agreement. *Silva v. Miller*, 307 F. App'x 349, 351 (11th Cir. 2009) (per curiam).

The Court read and considered their parties' Settlement Agreement and FLSA Release. Upon review, the Settlement Agreement and FLSA Release comports with all the requirements of the FLSA, is fair and reasonable, and contains no problematic provisions. Accordingly, the Court **GRANTS** the parties' Joint Motion for Approval of Settlement [Doc. 23] and **APPROVES** the Settlement Agreement and FLSA Release submitted as "Exhibit A" to their joint motion.

It is **FURTHER ORDERED** that Counts VII and VIII of the Complaint are **DISMISSED with prejudice** and the parties shall perform in accordance with the written Settlement Agreement and FLSA Release. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement and FLSA Release.

**SO ORDERED**, this 24th day of November, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**

2